# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MARK MENDEZ,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>DANIEL PARAMO,<br><br>　　　　　　　　Respondent. | Case No. EDCV 17-1020-JLS (JEM)<br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 04, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE